UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH R. EARLE, JR., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  22cv1914-H-SBC<br><br>**NOTICE AND ORDER FOR VIDEO EARLY NEUTRAL EVALUATION CONFERENCE AND VIDEO CASE MANAGEMENT CONFERENCE** |

　　　　In light of the recent transfer of this case (ECF No. 75), the Court enters this Order in compliance with Magistrate Judge Chu's Chamber Rules.

　　　　**IT IS HEREBY ORDERED** that an Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") will be held **on August 25, 2023, at 9:30 a.m.**, before United States Magistrate Judge Steve B. Chu. These conferences will be held via Zoom videoconference as set forth in Appendix A.

　　**I.　　EARLY NEUTRAL EVALUATION CONFERENCE**

　　　　**The following are mandatory guidelines for the parties preparing for the ENE.**

　　**1.　　Purpose of Conference**

　　　　The purpose of the ENE is to facilitate a discussion between the attorneys, parties,

1

22cv1914-H-SBC

and the magistrate judge regarding the lawsuit in an effort to achieve early resolution. All settlement discussions will be informal, off the record, privileged, and confidential. Counsel for non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference. The parties shall be prepared to engage in good faith settlement discussions with the Court and opposing parties during the ENE. Failure to do so may result in the imposition of sanctions.

### 2. Personal Participation of Parties Required

All parties, adjusters for insured defendants, other representatives of a party having full and complete authority to enter into a binding settlement, and the attorneys-in-charge must participate in the ENE and be legally and factually prepared to discuss settlement of the case. *See* S.D. Cal. Civ. L. R. 16.1(c). The ENE and CMC will be held via Zoom videoconference, the procedures for which are set forth in Appendix A to this Order.

### 3. Full Settlement Authority Required

In addition to counsel who will try the case, a party or party representative with full settlement authority[1] must participate in the conference. In the case of a corporate entity, an authorized representative of the corporation who is not retained outside counsel must participate and must have discretionary authority to commit the company to pay an amount up to the amount of the plaintiff's prayer (excluding punitive damage prayers). The purpose of this requirement is to have representatives present who can settle the case during the

---

[1] "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Intl., Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face-to-face conference. *Id.* at 486. A limited or a sum certain of authority is not adequate. The person with full settlement authority must be able to negotiate a settlement without being restricted by any predetermined level of authority. *Nick v. Morgan's Foods, Inc.*, 270 F.3d 590 (8th Cir. 2001).

course of the conference without consulting a superior.

<u>Counsel for a government entity may be excused from this requirement so long as the government attorney who attends the ENE conference (1) has primary responsibility for handling the case; and (2) may negotiate settlement offers which the attorney is willing to recommend to the government official who has ultimate settlement authority.</u>

**4.  Settlement Proposal and Response Required**

**No later than August 10, 2023**, Plaintiff shall submit to Defendant(s) a written settlement proposal. **No later than August 16, 2023**, Defendant(s) shall submit a response to Plaintiff's settlement proposal. All parties shall be prepared to address their ENE Statements and settlement proposal and response during the ENE.

**5.  ENE Statements Required**

Consistent with the Court's Chambers Rules and the deadlines set forth herein, each party shall (1) exchange its non-confidential ENE Statement with all opposing parties and (2) lodge its non-confidential Statement to the Court via email at efile_chu@casd.uscourts.gov. **Both the exchange of non-confidential Statements between the parties and lodgment of non-confidential Statements to the Court shall occur on or before August 18, 2023.** The non-confidential Statement each party lodges to Chambers shall be seven pages or fewer and set forth: (1) the nature of the case, the claims, inclusive of the claims at issue, defenses asserted, a summary of the undisputed facts, and a brief recital of key facts in dispute; and (2) the parties' respective settlement positions, inclusive of the most recent demand and counteroffer exchanged and all obstacles the parties anticipate may impede settlement. If so desired, parties may include in their email to Chambers a confidential version of their settlement statements for the Court's consideration. **All non-confidential Settlement Statements must comply with the Court's Chambers Rules.**

**6.  Requests to Continue an ENE Conference**

Civil Local Rule 16.1(c) requires that an ENE take place within 45 days of the filing of the first answer. Requests to continue ENEs are rarely granted. Counsel seeking to

reschedule an ENE must first confer with opposing counsel. The Court will consider formal, written *ex parte* requests to continue an ENE when extraordinary circumstances exist that make a continuance appropriate. **Absent extraordinary circumstances, requests for continuances of the ENE will not be considered unless submitted in writing no less than seven calendar days prior to the scheduled ENE and only after conferring with opposing counsel.** Please refer to this Court's Civil Chambers Rules for additional guidance regarding the areas which must be addressed in the request.

## II. JOINT DISCOVERY PLAN

Prior to the ENE, counsel for each party must meet and confer, make the initial disclosures required by Fed. R. Civ. P. 26(a) and create a Joint Discovery Plan as provided in this Court's Civil Chambers Rules. The Joint Discovery Plan must be submitted to the Court in the same manner as ENE briefs and consistent with the deadline set forth herein.

## III. CASE MANAGEMENT CONFERENCE

Immediately following the ENE, if no settlement is reached, the CMC will occur. Following the CMC, the Court will issue a Scheduling Order pursuant to Rule 16 of the Federal Rules of Civil Procedure. Please consult Magistrate Judge Steve B. Chu's Civil Chambers Rules, which are available on the Court's website, before contacting Chambers with any questions.

## IV. DATES AND DEADLINES

**No later than August 18, 2023,** counsel for each party shall send an e-mail to the Court at efile_chu@casd.uscourts.gov with the following:

    a.    The **non-confidential ENE Statement**;

    b.    The **Joint Discovery Plan**;

    c.    The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    d.    An **e-mail address for each participant**. This email address should be the same address the participant has used to create his or her Zoom account; and

e. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

**IT IS SO ORDERED.**

Dated: 8/2/2023

Hon. Steve B. Chu
United States Magistrate Judge

**Appendix A – Zoom Videoconference Procedures**

1. The Court will use its official Zoom video conferencing account to hold the ENE. The Zoom software is available for download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[2] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[3] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the ENE, the Court will e-mail counsel the meeting login information required to join the Zoom video conference. Participants can join the video conference by following the ZoomGov Meeting hyperlink provided to counsel *or* by entering the meeting ID and password. Again, if possible, participants are encouraged to use laptops or desktop computers with a camera for the video conference, as mobile devices often offer inferior performance. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the ENE begins.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the ENE to ensure that the ENE begins promptly.

4. Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE. That is, the Court will begin the ENE with all participants joined together in a main session. After an initial discussion in the main

---

[2] If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.

[3] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

session, the Court will divide participants into separate, confidential sessions, which Zoom calls "Breakout Rooms." In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

6. All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference. Participants should also participate in the conference in a location that allows for privacy and which does not contain background noise such as dogs barking, children, or other noise that will disrupt the conference.