1  DOUGLAS M. MILLER (Cal. Bar No. 240398)
   Email: millerdou@sec.gov
2  ROBERTO A. TERCERO (Cal. Bar No. 143760)
   Email: terceror@sec.gov
3
   Attorneys for Plaintiff
4  Securities and Exchange Commission
   Katharine Zoladz, Associate Regional Director & Co-Regional Director
5  Gary Y. Leung, Associate Regional Director
   444 S. Flower Street, Suite 900
6  Los Angeles, California 90071
   Telephone: (323) 965-3998
7  Facsimile: (213) 443-1904

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 SECURITIES AND EXCHANGE              Case No. 22-cv-1914-H-SBC
   COMMISSION,
12                                      **JOINT MOTION TO DISMISS**
             Plaintiff,                 **CAUSE OF ACTION AS TO**
13                                      **DEFENDANT PROJECT GROWTH**
                                        **INTERNATIONAL, INC. UNDER**
14       vs.                            **RULE 41(a)(1)(A)(ii)**

15 JOSEPH R. EARLE, JR., BARRY D.
   REAGH, WILLIAM CLAYTON,
16 FRANCIS T. DUDLEY, STEVEN E.
   BRYANT, UPPER STREET
17 MARKETING, INC. and PROJECT
   GROWTH INTERNATIONAL, INC.,
18
             Defendants.
19

20

21

22

23

24

25

26

27

28

1    WHEREAS, Plaintiff Securities and Exchange Commission ("SEC") filed a

2  Second Amended Complaint against Defendant Project Growth International, Inc.

3  ("Project Growth"), a company it alleges was incorporated in Florida and has its

4  principal place of business in Deerfield Beach, Florida.  (Dkt. No. 59.)

5    WHEREAS, the SEC's complaint charges Project Growth in Claims Five and

6  Six with violating Sections 5(a) and 5(c) of the Securities Act of 1933 [15 U.S.C. §§

7  77e(a), 77e(c)] and Section 15(a) of the Securities Exchange Act of 1934 [15 U.S.C.

8  § 78o(a)].  (*Id.*)

9    WHEREAS, on or about April 14, 2023, Project Growth filed Articles of

10  Dissolution with the Florida Secretary of State's office, through which it voluntarily

11  dissolved the corporation and no longer has any assets.

12    WHEREAS, the Parties at the Early Neutral Evaluation and Case Management

13  Conference held on August 25, 2023, stipulated and agreed that Project Growth

14  should be dismissed from this action, without a court order, pursuant to Rule

15  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and authorized the SEC to

16  enter a stipulation to that effect.

17    In light of the prior stipulation between the parties, the SEC moves for the

18  dismissal of Project Growth from this action, without prejudice, pursuant to Rule

19  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

20

21   Dated:  August 25, 2023

22                                            */s/ Douglas M. Miller*
                                          _____
23                                          DOUGLAS M. MILLER
                                          Attorney for Plaintiff
24                                          Securities and Exchange Commission

25   Dated:  August 25, 2023

26                                            */s/ Andrew B. Holmes*
                                          _____
27                                          ANDREW B. HOLMES
                                          Attorney for Defendants
28                                          Barry D. Reagh and William Clayton

                                    1                        22-cv-1914-H-SBC

1

2    Dated:  August 25, 2023

3                                                        /s/ Thomas H. Riske
                                                         THOMAS H. RISKE
4                                                        Attorney for Defendant
                                                         Joseph R. Earle, Jr.
5

6    Dated:  August 25, 2023

7                                                        /s/ James D. Sallah
                                                         JAMES D. SALLAH
8                                                        Attorney for Defendant
                                                         Francis T. Dudley
9

10

11   Dated:  August 25, 2023

12                                                       /s/ Randolf W. Katz
                                                         RANDOLF W. KATZ
13                                                       Attorney for Defendant
                                                         Upper Street Marketing, Inc.
14

15

16   Dated:  August 25, 2023

17                                                       /s/ Steven E. Bryant
                                                         STEVEN E. BRYANT
18                                                       Pro Se

19

20

21                  **SIGNATURE CERTIFICATION**

22   Pursuant to § 2(f)(4) of the Electronic Case Filing Administrative Policies and

23   Procedures Manual for the Southern District of California, I attest that all other

24   signatories listed, and on whose behalf the filing is submitted, concur in the filing's

25   content and have authorized the filing.

26

27                                                       /s/ Douglas M. Miller
                                                         DOUGLAS M. MILLER
28

2

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On September 11, 2023, I caused to be served the document entitled **JOINT MOTION TO DISMISS CAUSE OF ACTION AS TO DEFENDANT PROJECT GROWTH INTERNATIONAL, INC. UNDER RULE 41(A)(1)(A)(II)** on all the parties to this action addressed as stated on the attached service list:

☒     **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐     **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐     **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐     **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐     **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐     **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒     **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐     **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  September 11, 2023

*/s/ Douglas M. Miller*
DOUGLAS M. MILLER

1

22-cv-1914-H-SBC

*SEC v. Joseph R. Earle, Jr., et al.*
**United States District Court—Southern District of California**
**Case No. 3:22-cv-1914-H-SBC**

**<u>SERVICE LIST</u>**

Tina N. Babel, Esq. (by ECF)
Thomas R. Riske
Carmody MacDonald, P.C.
120 S. Central Ave., Suite 1800
Clayton, MO 63105
(314) 854-8600
tnb@carmodymacdonald.com
thr@carmodymacdonald.com
***Attorney for Defendant Joseph R. Earle, Jr.***

Andrew B. Holmes, Esq. (by ECF)
Holmes, Taylor, Athey, Cowan, Mermelstein & Jones LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
(213) 985-2200
abholmes@holmestaylor.com
***Attorney for Defendants Barry D. Reagh and William Clayton***

James D. Sallah, Esq. (by ECF)
Sallah Astarita & Cox, LLC
3010 N. Military Trail, Suite 210
Boca Raton, FL 33431
(561) 989-9080
jds@sallahlaw.com
***Attorney for Defendant Francis T. Dudley***

Marc S. Nurik, Esq. (by ECF)
Law Office of Marc S. Nurik
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
(310) 909-6828
marc@nuriklaw.com
***Attorney for Defendant Francis T. Dudley***

1  | Steven E. Bryant (by U.S. Mail)
2  | 2921 Ashton Terrace
   | Oviedo, FL 32765
3  | (954) 687-8076
4  | ceosan@yahoo.com
   | ***Defendant Steven E. Bryant (Pro Se)***
5  |
6  | Dean A. Olsen, Esq. (by ECF)
   | Randolf W. Katz, Esq.
7  | Clark Hill LLP
8  | 555 South Flower Street, 24th Floor
   | Los Angeles, CA 90071
9  | (213) 891-9100
10 | dolson@clarkhill.com
   | rkatz@clarkhill.com
11 | ***Attorneys for Defendant Upper Street Marketing, Inc.***
12 |
   | Project Growth International (by U.S. Mail)
13 | c/o Steven E. Bryant
14 | 2921 Ashton Terrace
   | Oviedo, FL 32765
15 | (954) 687-8076
16 | ceosan@yahoo.com
   | ***Defendant Project Growth International, Inc.***
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |