DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
ROBERTO A. TERCERO (Cal. Bar No. 143760)
Email: terceror@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine E. Zoladz, Regional Director
Brent Wilner, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH R. EARLE, JR., BARRY D. REAGH, WILLIAM CLAYTON, FRANCIS T. DUDLEY, STEVEN E. BRYANT, UPPER STREET MARKETING, INC. and PROJECT GROWTH INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 3:22-cv-1914-H-SBC<br><br>**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT JOSEPH R. EARLE, JR. AND STIPULATION OF DISMISSAL OF CERTAIN CLAIMS** |

Plaintiff Securities and Exchange Commission filed a Second Amended Complaint charging Defendant Joseph R. Earle, Jr. with violating Sections 5 and 17(a) of the Securities Act of 1933 ("Securities Act") and Section 10(b) and Rule 10b-5 of the Securities Exchange Act of 1934 ("Exchange Act"). (ECF No. 59) Earle filed an Answer denying certain allegations and denying liability. (ECF No. 64) The Court granted the SEC's Motion for Partial Summary Judgment on the SEC's claim under Section 5 of the Securities Act, leaving the remaining claims and relief to be determined later. (ECF No. 130).

The SEC and Earle have now reached a full settlement in which Earle consents, without admitting or denying the allegations in the Second Amended Complaint, to the entry of final judgment, which, among other things:

    a. permanently restrains and enjoins Earle from violation of Sections 5, and 17(a)(3) of the Securities Act;

    b. prohibits Earle from acting as an officer or director of a public company;

    c. permanently bars Earle from participating in an offering of penny stock; and

    d. orders Defendant to pay a civil penalty of $115,231.

As part of the settlement, the SEC and Earle hereby agree and stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the First Claim for Relief of the Second Amended Complaint alleging violations of Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. 245.10b-5, and that portion of the Third Claim for Relief of the Second Amended Complaint alleging violations of Sections 17(a)(1) and 17(a)(2) of the Securities Act of 1933, 15 U.S.C. §§ 77q(a)(1), (2), are dismissed with prejudice as to Earle.

///
///
///

Accordingly, the SEC and Earle respectfully request that the Court approve the stipulation and enter final judgment against Earle in the form submitted with the consent.

Respectfully submitted.

Dated: March 14, 2025

*/s/ Charles E. Canter*
CHARLES E. CANTER
DOUGLAS M. MILLER
Attorneys for Plaintiff Securities and Exchange Commission

Dated: March 14, 2025

*/s/ Andrew B. Holmes*
ANDREW B. HOLMES
HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
Attorneys for Defendant Joseph R. Earle, Jr.

1 **SIGNATURE CERTIFICATION**

2 Pursuant to § 2(f)(4) of the Electronic Case Filing Administrative Policies and
3 Procedures Manual for the Southern District of California, I attest that all other
4 signatories listed, and on whose behalf the filing is submitted, concur in the filing's
5 content and have authorized the filing.

  */s/ Charles E. Canter*
  CHARLES E. CANTER

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 14, 2025, I caused to be served the document entitled **JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT JOSEPH R. EARLE, JR. AND STIPULATION OF DISMISSAL OF CERTAIN CLAIMS** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 14, 2025            */s/ Charles E. Canter*
                                Charles E. Canter

*SEC v. Joseph R. Earle, Jr., et al.*
**United States District Court—Southern District of California**
**Case No. 3:22-cv-1914-H-SBC**

### SERVICE LIST

Andrew B. Holmes, Esq. (by ECF)
Holmes, Athey, Cowan & Mermelstein LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
(213) 985-2200
abholmes@holmesathey.com
**Attorney for Defendants Barry D. Reagh, William Clayton and Joseph R. Earle, Jr.**

James D. Sallah, Esq. (by ECF)
Sallah Astarita & Cox, LLC
3010 N Military Trail, Suite 210
Boca Raton, FL 33431
(561) 989-9080
jds@sallahlaw.com
**Attorney for Defendant Francis T. Dudley**

Marc S. Nurik, Esq. (by ECF)
Law Office of Marc S. Nurik
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
(310) 909-6828
marc@nuriklaw.com
**Attorney for Defendant Francis T. Dudley**

Steven E. Bryant (by email and U.S. mail)
2921 Ashton Terrace
Oviedo, FL 32765
(954) 687-8076
ceosan@yahoo.com
**Defendant Steven E. Bryant (Pro Se)**