DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
ROBERTO A. TERCERO (Cal. Bar No. 143760)
Email: terceror@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Brent W. Wilner, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH R. EARLE, JR., BARRY D. REAGH, WILLIAM CLAYTON, FRANCIS T. DUDLEY, STEVEN E. BRYANT, UPPER STREET MARKETING, INC. and PROJECT GROWTH INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 3:22-cv-1914-H-SBC<br><br>**PLAINTIFF'S NOTICE AND EX PARTE MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS' ANSWERS SHOULD NOT BE STRICKEN AND TO VACATE DEADLINES IN SCHEDULING ORDER**<br><br>FPTC:   September 8, 2025<br>Time:    10:30 a.m.<br>Ctrm:    12A<br>Judge:   Hon. Marilyn L. Huff |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, under Federal Rule of Civil Procedure 16(f), Local Rule 16.1(f)(8), and Local Rule 83.3, Plaintiff Securities and Exchange Commission moves ex parte for an order to show cause why Defendants Barry D. Reagh and William Clayton's answers should not be stricken. *See Schudel v. Searchguy.com, Inc.*, No. 07-cv-0695 BEN, 2010 WL 1945743 (S.D. Cal. May 13, 2010) (striking defendant's answer and counterclaims due to his failure to prepare for or appear at the pretrial conference). The SEC also moves ex parte to vacate the upcoming deadlines in the scheduling order (ECF No. 161).

This motion is based upon this notice; the attached memorandum of points and authorities; the attached declaration of Charles E. Canter; the Court's records and files in this action; and such further argument as may be presented.

Dated: July 18, 2025

Respectfully submitted,

 */s/ Charles E. Canter*
DOUGLAS M. MILLER
CHARLES E. CANTER
Attorneys for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On July 18, 2025, I caused to be served the document entitled **PLAINTIFF'S NOTICE AND EX PARTE MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS' ANSWERS SHOULD NOT BE STRICKEN AND TO VACATE DEADLINES IN SCHEDULING ORDER** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 18, 2025

*/s/ Charles E. Canter*
Charles E. Canter

*SEC v. Joseph R. Earle, Jr., et al.*
United States District Court—Southern District of California
Case No. 3:22-cv-1914-H-SBC

## SERVICE LIST

Andrew B. Holmes, Esq. (by ECF)
Holmes, Athey, Cowan & Mermelstein LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
(213) 985-2200
abholmes@holmesathey.com
***Attorney for Defendants Barry D. Reagh, William Clayton and Joseph R. Earle, Jr.***

James D. Sallah, Esq. (by ECF)
Sallah Astarita & Cox, LLC
3010 N Military Trail, Suite 210
Boca Raton, FL 33431
(561) 989-9080
jds@sallahlaw.com
***Attorney for Defendant Francis T. Dudley***

Marc S. Nurik, Esq. (by ECF)
Law Office of Marc S. Nurik
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
(310) 909-6828
marc@nuriklaw.com
***Attorney for Defendant Francis T. Dudley***

Steven E. Bryant (by UPS)
2921 Ashton Terrace
Oviedo, FL 32765
(954) 687-8076
ceosan@yahoo.com
***Defendant Steven E. Bryant (Pro Se)***

Dean A. Olson, Esq. (by ECF)
Randolf W. Katz, Esq.
Clark Hill LLP
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
(213) 891-9100
dolson@clarkhill.com
rkatz@clarkhill.com
randy@randykatzlaw.com
***Attorneys for Defendant Upper Street Marketing, Inc.***