**HOLMES, ATHEY, COWAN & MERMELSTEIN LLP**
Andrew B. Holmes (SBN: 185401)
abholmes@holmesathey.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel: (213) 985-2200
Fax: (213) 973-6282

Attorneys for Defendants
*William Clayton, and*
*Barry D. Reagh*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH R. EARLE, JR., BARRY D. REAGH, WILLIAM CLAYTON, FRANCIS T. DUDLEY, STEVEN E. BRYANT, UPPER STREET MARKETING, INC. and PROJECT GROWTH INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 3:22-cv-1914-H-SBC<br><br>**MOTION TO AMEND SCHEDULING ORDER [ECF 165]**<br><br>Judge:       Hon. Marilyn L. Huff<br>Courtroom:   12A |

Pursuant to this Court's order seeking an agreed modified proposed scheduling order [ECF 165] and following agreement to the proposed dates by counsel for Plaintiff Securities and Exchange Commission ("SEC") and counsel for Defendants Barry D. Reagh ("Reagh") and William Clayton ("Clayton"), counsel for Reagh and Clayton provide this Motion to Amend Scheduling Order, and a Proposed Amended Scheduling Order will be emailed to the courtroom.

Dated: August 20, 2025

Respectfully submitted,

/s/ Andrew B. Holmes
ANDREW B. HOLMES
HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
Attorneys for Defendants Barry D. Reagh and William Clayton

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I caused to be electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the Court rules.

By: /s/ Andrew B. Holmes
Andrew B. Holmes